# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JAMES T. PRATER, JR.,<br><br>                        Plaintiff,<br><br>                  v.<br><br>COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,<br><br>                       Defendant. | Case No. 6:24-cv-00728-HL<br><br>**ORDER FOR FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** |

It is hereby ORDERED that fees in the amount of $8,007.41 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Attorney and paralegal fees in the amount of $8,007.41 will be paid to Plaintiff's attorney, subject to verification that Plaintiff does not have a debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010).

If Plaintiff has no such debt, then the check shall be made out to Plaintiff's attorney, H. Peter Evans. If Plaintiff has a debt, then the check for any remaining funds after offset of the debt shall be made out to Plaintiff and mailed to Plaintiff's attorney's office.

IT IS SO ORDERED.

DATED this __15__ day of __May__ 2025.

                                                                             Honorable Andrew D. Hallman<br>
                                                                             United States Magistrate Judge